IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02824-RBJ-BNB

TARA BROWN,

Plaintiff,

v.

ARBITRATION SERVICES OF W.N.Y., INC.,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Motion for Telephonic Appearance at Scheduling Conference** [docket no. 6, filed January 21, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.  However, defendant has not yet been served or responded, so the Scheduling Conference will be moved.  **Plaintiff's counsel may appear telephonically for the newly reset Scheduling Conference by calling 303-844-6408 at the appropriate time.**

IT IS ORDERED that the Scheduling Conference set for January 28, 2013, is **vacated and reset to March 13, 2013, at 9:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.5.1, is due on or before **March 6, 2013**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED:  January 22, 2013